UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

   - v. -        :  INDICTMENT

JULIAN HEICKLEN,
           :  10 Cr.
      Defendant.

             **10 CRIM 1154**

- - - - - - - - - - - - - - - - - - x

## COUNT ONE

  The Grand Jury charges:

  From at least in or about October 2009 up to and including in or about May 2010, in the Southern District of New York, JULIAN HEICKLEN, the defendant, attempted to influence the actions and decisions of a grand and petit juror of a court of the United States, to wit, the United States District Court for the Southern District of New York, upon an issue and matter pending before such juror, and before a jury of which he was a member, and pertaining to his duties, by writing and sending to him a written communication in relation to such issue or matter, to wit, HEICKLEN distributed pamphlets urging jury nullification, immediately in front of an entrance to the United States District Court for the Southern District of New York, located at 500 Pearl Street, New York, New York.

    (Title 18, United States Code, Section 1504.)


_____    _____
FOREPERSON          PREET BHARARA
               United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

JULIAN HEICKLEN

Defendant.

---

INDICTMENT

10 Cr.

(18 U.S.C. § 1504.)

---

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

---

11/18/2010 — A TRUE BILL.
G.C. CASE ASSIGNED TO JUDGE WOOD, FOR ALL PURPOSES.

MAAS, USMJ.