AO 83 (Rev. 01/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/11

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 10 Cr. 1154 |
| Julian Heicklen ) | |
| ) | |
| *Defendant* ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of Court

Place: 500 Pearl Street, New York, New York

Courtroom No.: 15B

Date and Time: January 24, 2011, 10:00 a.m.

This offense is briefly described as follows:

Jury Tampering

Date: 1-6-11

*Kimba M. Wood*
*Issuing officer's signature*

Kimba M. Wood, U.S. District Judge
*Printed name and title*

---

## Proof of Service

This summons was received by me on *(date)* 01/10/2011

☑ I personally served the summons on this defendant   JULIAN HEICKLEN   at
*(place)* 734 RUTLAND AVE   on *(date)* 01/11/2011 ; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: 01/13/2011

*Server's signature*

JENNIFER BOYER
*Printed name and title*

Remarks: