UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

United States of America,              :     NOTICE OF APPEARANCE
                                             AND REQUEST FOR
                                       :     ELECTRONIC NOTIFICATION

    - v -
                                       :     10 Cr. 01154    (KMW)

Julian Heicklen
                                       :

------------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance as standby counsel in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully Submitted,


                              /s/Sabrina P. Shroff
                              Assistant Federal Defender
                              Federal Defenders Of New York,
                              52 Duane Street
                              New York, N.Y. 10007
                              (212) 417-8713
                              Sabrina__shroff@fd.org


TO:   Attorneys of Record