UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

JULIAN HEICKLEN,

                             Defendant.
-----------------------------------------------------------------x

10 CR 1154 (KMW)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/11

KIMBA M. WOOD, District Judge:

At a conference held before this Court on February 25, 2011, the Court stated that the defendant could brief his motion for a jury trial "when ready" (Transcript, page 29). The Government requested two weeks to provide discovery to the defendant, and the Court granted this request (Transcript, page 38). The Court set a conference date of April 28, 2011 (Transcript, page 41).

At a conference on April 28, 2011, at which the defendant did not appear, the Court set the following briefing schedule:

    Defendant's motions are due by June 29, 2011

    Government response is due by August 29, 2011

    Defendant's reply is due by September 9, 2011

The Court ordered stand-by defense counsel Sabrina Shroff to write to the Court to explain why the defendant failed to appear at the April 28, 2011 conference as ordered.

On April 29, 2011, the Court received the defendant's April 27, 2011, letter requesting written notification of court appearances and submission schedules, and an attachment to that letter, captioned "Memorandum Of Law and Motions For Dismissal and Property Return."

Given that defendant filed those motions earlier than the deadline set on April 28, 2011, the Court orders the Government to respond to the defendant's Motion for Dismissal and Return of Property by June 27, 2011. Any reply by the defendant is due July 27, 2011.

SO ORDERED.

Dated: New York, New York
May 24, 2011

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE