# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

John J. Byrnes
*Acting Executive Director*

RECEIVED
JUN 6 2011
CHAMBERS OF KIMBA M. WOOD
U.S.D.J.-S.D.N.Y.

June 6, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/11

**BY HAND**
Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Julian Heicklen**
    **10 Cr. 1154 (KMW)**

**MEMO ENDORSED**

Hon. Judge Wood:

This letter responds to the Court's April 28, 2011 Order that the Federal Defenders send a letter to the Court explaining Mr. Heicklen's absence from his April 28th Court appearance and the Court's May 24th Order modifying the motion schedule set on April 28th 2011.

As to the first issue, Mr. Heicklen has provided me with no intelligible explanation for his absence at the April 28th court appearance.

Having conferred with Mr. Heicklen we respectfully request that the Court allow him to withdraw the pro se motion he filed on April 29, 2011 and instate a motion schedule. Furthermore, we ask the Court for a six week extension of the June 29, 2011 motion schedule. We request an extension of the motion schedule as we need additional time for the briefing and as we are in the process of arranging with an outside firm for the firm to submit additional motions as amicus counsel on behalf of Mr. Heicklen.  *Granted. KMW*

If the Court approves this request, defense motions would be due on August 10, 2011. The government's response would be due by October 10, 2011. Defendant's reply would be due by October 21, 2011. I have spoken to AUSA Mermelstein, and she has no objection to this request.  *Granted KMW*

Honorable Kimba M. Wood
June 6, 2011
Page 2

    If Mr. Heicklen wishes to make a motion regarding this matter, we will so advise the Court.

                      Respectfully submitted,

                      SPS (..)
                      Sabrina P. Shroff
                      Assistant Federal Defender

cc:  Mr. Julian Heicklen
     Rebecca G. Mermelstein, AUSA

6-7-11
**SO ORDERED:** N.Y., N.Y.

_____Kimba M. Wood_____
**KIMBA M. WOOD**
**U.S.D.J.**

The Clerk's office is directed to docket this letter as <u>withdrawing</u> Mr. Heicklen's April 29, 2011 pro se motion, docket entry #13.