# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

John J. Byrnes
*Attorney-in-Charge*

July 29, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/2011

**BY HAND**

Honorable Kimba M. Wood
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: **United States v. Julian Heicklen**
    10 Cr. 1154 (KMW)

Hon. Judge Wood:

With the consent of the government, I write to request a two-week adjournment of the motion schedule set in this case. This is our second request for an adjournment and based on a last-minute personal matter. Unfortunately, I need to be out of the country from today until August 7, 2011, for an unexpected family matter. Defense motions are due on August 10, 2011.

As such, we request that our deadline to file our motions be extended from August 10, 2011 to August 24 2011, and the government's response be due October 24, 2011 instead of October 10, 2011. Our reply would be due on October 28, 2011.

*Granted*

Thank you for your consideration in this matter.

Respectfully submitted,

/s/

Sabrina P. Shroff
Assistant Federal Defender

cc: AUSA Mermelstein

SO ORDERED: N.Y., N.Y.

*Kimba M. Wood* 8/3/2011
KIMBA M. WOOD
U.S.D.J.