# Federal Defenders
## OF NEW YORK, INC.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/11

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

David E. Patton
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

December 9, 2011

By Facsimile

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Julian Heicklen
    10 Cr. 1154 (KMW)

Hon. Judge Wood:

I write regarding the above-captioned case to request an adjournment of the oral argument currently scheduled for December 12, 2011. AUSA Mermelstein consents to this request.

My last minute request is caused by the continuation of a suppression hearing in United States v. Ahmed, 10 Cr. 131 (PKC). The hearing involves witnesses from Nigeria whose return home has been delayed due to unscheduled legal matters involving both classified and unclassified matters. Thank you for your consideration.

Respectfully submitted,

*[signature]*

Sabrina P. Shroff
Assistant Federal Defender

cc: AUSA Mermelstein

*The oral argument is adjourned until Monday, January 9, 2012 at 10:00 a.m. in Courtroom 18 B.*

12-9-11
SO ORDERED, N.Y., N.Y.

*[signature]*
KIMBA M. WOOD
U.S.D.J.