02/14/2012 10:56 FAX
FEB-14-2012
Case 1:10-cr-01154-KMW   Document 35   Filed 02/14/12   Page 1 of 1
212 805 7900
P.02
@001

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/12

*United States Courthouse*
*300 Quarropas St.*
*White Plains, New York 10601*

MEMO ENDORSED

February 10, 2012

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 750
New York, New York 10006

Re: United States v. Julian Heicklen,
    10 Cr. 1154

Dear Judge Wood:

The Government respectfully writes to request an adjournment of the oral argument in the above referenced matter, which is currently scheduled for February 15, 2012. Stand-by counsel, who will be arguing the matter, has consented to the adjournment. In consultation with Your Honor's Chambers, the Government respectfully requests that the matter be adjourned to March 19 or March 21, 2012.

Oral argument is adjourned to
March 21, 2012, at 11:00 a.m.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____/s/_____
    Rebecca Mermelstein
    Assistant United States Attorney
    (914) 993-1946

SO ORDERED: 2/14/12

_____
KIMBA M. WOOD
U.S.D.J.

cc: Julian Heicklen
    Sabrina Shroff, Esq. (By email)